IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Catherine Rannow, | ) | |
| | ) | |
| Debtor, | ) | Case No. 09-62571-abf7 |
| | ) | |
| Catherine Rannow, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Adversary No. 10-06010 |
| | ) | |
| Sallie Mae, MOHELA (Missouri Higher Education Loan Authority), ACS/ DEUTSCHE Bank and Charter One Bank, N.A. | ) ) ) ) | |

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW,** the Plaintiff/Debtor, Catherine Rolline Rannow, by and through her attorney of record, and respectfully requests that the Court enter a Default Judgment in the above matter against MOHELA (Missouri Higher Education Loan Authority), ACS/Deutsche Bank and Charter One Bank, N.A. for the following reasons:

1) The Complaint to Determine the Dischargeability of Certain Student Loan Debts Under 11 U.S.C. 523 was filed with this court on February 16, 2010;

2) That said Complaint was served by certified mail on the Defendants in late February, 2010 and early March, 2010. Copies of the return receipts are attached hereto;

3) It has been well more than the time allowed for the Defendants to respond to said Complaint;

4) There has been no response from the above named Defendants in this matter; and

5) The Creditor Sallie Mae and Defendant have already entered into a proposed Stipulation and Order agreeing to discharge the debt owed to Sallie Mae in this matter.

WHEREFORE, the Debtor, respectfully requests that rather than take up additional court time and incur further fees in this matter that the Court enter a Default Judgment in favor of the Plaintiff/Defendant in the above case discharging all debts on the above named Creditors and for such other and further relief as the court deems just and proper in the above matter.

Dated: August 18, 2010.

O'NEIL, O'NEIL & YORK

By _____
Robert E. O'Neil
Missouri Bar No. 50978
301 North Adams
Lebanon, MO 65536
Email: *oneil@oneiloneilyork.com*
Phone: 417-532-2101
Fax: 417-532-5780
Attorneys For Debtor/Plaintiff






**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sallie Mae
   P.O. Box 1002
   Lynn Haven, FL 32444-1683

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: [signed] Pat Mc Oc
- B. Received by (Printed Name): PAT Mc SMS
- C. Date of Delivery: 2/26/10
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0001 4817 8150

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MOHELA
   Mo. Higher Education Loan Auth.
   633 Spirit Drive
   Chesterfield, MO 63005

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: [signed] ☐ Agent ☐ Addressee
- B. Received by (Printed Name)
- C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 3230 0001 4817 8167

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charter One Bank, N.A.
725 Canton Street
Norwood, MA 02062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
                                 2/26/10

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7008 3230 0001 4817 8181

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ACS/Deutsche Bank
501 Bleecker Street
Utica, NY 13501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Mary Agent for ACS

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below: C-1 NY  ☐ No

[postmark: MAR 1 2010]

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number

7008 3230 0001 4817 8174