IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Catherine Rannow, | ) | |
| | ) | |
| Debtor, | ) | Case No. 09-62571-abf7 |
| | ) | |
| Catherine Rannow, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Adversary No. 10-06010 |
| | ) | |
| Sallie Mae, MOHELA (Missouri Higher Education Loan Authority), ACS/ DEUTSCHE Bank and Charter One Bank, N.A. | ) ) ) ) | |

## **DEFAULT JUDGMENT**

This matter having come before this Court upon the Motion for Default Judgment filed herein on August 19, 2010, and for good cause, it is hereby

ORDERED, that the Motion for Default Judgment is hereby approved and upheld; and it is further

ORDERED, that Plaintiff/Debtor's education loan debts owed to MOHELA (Missouri Higher Education Loan Authority), ACS/Deutsche Bank and Charter One Bank, N.A. are hereby rendered dischargeable upon the grant of a general discharge in Plaintiff's bankruptcy case number 09-62571-abf; and it is further

Dated: August 26, 2010.


/s/Arthur B. Federman
Arthur B. Federman
Bankruptcy Judge


Court to serve parties not receiving electronic notice